UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO: 23-12115

Frank A.B. Morales

            Debtor(s)
_____/

### TRUSTEE'S OBJECTION TO EXEMPTIONS
### AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

        Nancy K Neidich, Standing Chapter 13 Trustee, files this Objection to Exemptions as the Trustee objects to the exemption of property as stated in the debtor(s)' Schedules as being over the legal limit and/or raising a question as to the amount of the claimed exemption and therefore it does not appear that the debtors are entitled to same and therefore excessive or inappropriate exemptions should be stricken and disallowed. Objecting specifically as checked:

___ a) **Homestead**  property which ☐ is multi-family **(duplex)**, ☐ not actually used as homestead, or ☐acquired fewer than 1215-days pre-petition and exempt in excess of $189,050.00.
___ b) **Personal property** exempted over ☐ $1000 with or ☐ $5000 without Homestead.
✗ c)  **Tenants By the Entireties**, evidence of joint title and motion served on all creditors with a statement of which property is jointly held and requiring objection from any joint creditor
___ d) **Bare Legal Title**, evidence that the debtor has never contributed to the payment, maintenance, or use. OR NOT A GIFT (or that there is no equity in the property for the estate)
___ e) **Vague** exemption in the amount stated, description of asset, or citation of exemption.
___ f) **Wages,** evidence of head of family (if joint case need specific debtor claiming exemption) and 6 months bank statements with deposits traced.
___ g) **Automobile** ☐exemption in excess of $1000.00, ☐ is split between more than one automobile, or ☐ is exempted by debtor who is not on registration/title.
X  h) **Valuation Issues**: the debtor did not timely provide the Trustee with requested valuation, including but not limited to bank statements, real property, or vehicles, See deficiency for detail.
___ i) **Proof of IRS, Pension or 401K statement**
___ j)   Use of **improper application** of exemption: residency 522(b)(3), not eligible for exemption
___ k)

        I hereby certify that a true and correct copy of the foregoing and the Notice of Hearing generated by the Clerk of the Court was served through ECF on debtor's attorney on the same day as the objection is filed with the Clerk of the Court.

                                            Submitted by
                                            NANCY K. NEIDICH, ESQUIRE
                                            STANDING CHAPTER 13 TRUSTEE
                                            FLORIDA BAR NO.: 441856
                                            P.O. BOX 279806
                                            MIRAMAR, FL 33027
                                            (954)  443-4402