Certificate Number: 17082-FLS-DE-037460165

Bankruptcy Case Number: 23-12115



17082-FLS-DE-037460165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2023, at 3:19 o'clock PM MST, FRANK A BEADES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   May 25, 2023           By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director