

**ORDERED in the Southern District of Florida on July 14, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Frank Beades Morales                     Case No: 23-12115-LMI
                                         Chapter 13

           Debtor            /

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS MATTER** having come to be heard on the Court's consent calendar on July 11, 2023 upon Debtor's Motion to Determine Joint Creditors [ECF#23], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Motion to Determine there are no joint Creditors is **GRANTED**.
2. The debtor's exemptions are allowed as claimed.

# # #

The Law Office of Jose A. Blanco, P.A., is hereby directed to serve a copy of this Order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).