# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Frank Alberto Beades Morales          Case No.: 23-12115-LMI

                                                Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *1* | *LVNV Funding, LLC / Resurgent Capital Services* | $980.52 |

Basis for Objection and Recommended Disposition

On or about March 25, 2023, Creditor filed a secured proof of claim in the amount of $980.52 for an alleged retail credit card with an account ending in 7158. This claim is barred by the statute of limitations as the date of last activity was on or about May 8, 2000. Debtor requests this claim be stricken and disallowed.

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *5* | *LVNV Funding, LLC / Resurgent Capital Services* | $3,508.21 |

Basis for Objection and Recommended Disposition

On or about May 25, 2023, Creditor filed a secured proof of claim in the amount of $3,508.21 for an alleged retail credit card with an account ending in 5269. This claim is barred by the statute of limitations as the date of last activity was on or about October 8, 2000. Debtor requests this claim be stricken and disallowed.

LF-70 (rev. 12/01/09)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: <u>August 4, 2023</u>

        Respectfully Submitted:
        **JOSE A. BLANCO, P.A.**
        By: <u>*/s/ Jose A. Blanco*</u>  |  FBN: 062449
        Attorney for Debtor(s)
        102 E 49th ST
        Hialeah, FL 33013
        Tel. (305) 349-3463

LF-70 (rev. 12/01/09)